PROSKAUER ROSE LLP
Sally L. Schneider (SS-0909)
1585 Broadway
New York, New York  10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS                   :
DISTRICT COUNCIL WELFARE FUND,                  :
PENSION FUND, ANNUITY FUND and                  :
TRAINING PROGRAM FUND,                          :   07 Civ. 3608 (VM)
                                                :
          and                                   :
                                                :
MASON TENDERS DISTRICT COUNCIL OF               :
GREATER NEW YORK, by its Business Manager       :
Robert Bonanza,                                 :
                                                :
                              Plaintiffs,       :   **DISCLOSURE STATEMENT**
                                                :
          - against -                           :
                                                :
METRO DEMOLITION CONTRACTING CORP.,             :
PHANTOM DEMOLITION CORP., WORLD CLASS           :
DEMOLITION CORPORATION, VINCENT                 :
BORDONE and MAURIZIO BORDONE,                   :
                                                :
                              Defendants.       :
------------------------------------------------------------------X

      1.      This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

      2.      Plaintiff Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund ("Funds") have no corporate parents, subsidiaries, or affiliates.

      3.      Plaintiff Mason Tenders District Council of Greater New York ("Union") is affiliated with the Laborers International Union of North America, its parent organization.

2

Dated: New York, New York
      May 4, 2007

                                                           PROSKAUER ROSE LLP
                                                         Attorneys for Plaintiffs

                                                         By: /s/ Sally L. Schneider
                                                             Sally L. Schneider (SS-0909)
                                                         1585 Broadway
                                                         New York, New York 10036
                                                         (212) 969-3803

                                                         sschneider@proskauer.com