## Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTESS of the MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, etc., et al.,

        Plaintiff(s),

  -against-

METRO DEMOLITION CONTRACTING CORP.,
PHANTOM DEMOLITION CORP., et al.,

        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                S.S.:
COUNTY OF ALBANY   )

**AFFIDAVIT OF SERVICE**
07 CV 3608

DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

That on the 10TH day of May, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND INDIVIDUAL PRACTICES OF JUDGE MARRERO AND USDC/SDNY 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR ELECTRONIC CASE FILING upon WORLD CLASS DEMOLITION CORPORATION, the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.disny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE a white female, approximately 43 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
10TH day of May, 2007

NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com