UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**TRUSTEES of the MASON TENDERS
DISTRICT COUNCIL WELFARE FUND, et al.,**
                Plaintiff(s),

  -against-

**METRO DEMOLITION CONTRACTING
CORP., et al.,**
               Defendant(s).
-----------------------------------------------------------X

**JUDGE MARRERO**
Index No. 07 CV 3608

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

       **NELSON CARVAJAL**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

       That on the 9th day of May 2007, at approximately the time of 11:47 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Maurizio Bordone c/o World Class Demolition at 55-14 Grand Avenue, Maspeth, NY 11378, by personally delivering and leaving the same with Joseph Kunzennan, Receptionist, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Maurizio Bordone is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Joseph Kunzennan is a white male, approximately 30 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 170 pounds with black hair and brown eyes.

       That on the 10th day of May 2007, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Maurizio Bordone c/o World Class Demolition at 55-14 Grand Avenue, Maspeth, NY 11378, in an official depository

under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
**NELSON CARVAJAL #965441**

Sworn to before me this
**11th day of May, 2007**

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08