UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, ETC., ET AL.

                                Plaintiff,                    CASE NO.

                 -and-                                        07-CV-03608

METRO DEMOLITION CONTRACTING CORP.,
PHANTOM DEMOLITION CORP., WORLD CLASS        Rule 7.1
DEMOLITION CORPORATION, VINCENT BORDONE AND   Statement
MAURIZIO BORDONE,

                                Defendants.
------------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for World Class Demolition Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE


Dated: New York, New York
         July 9, 2007

                                            Yours, etc.

                                            Hankin, Handwerker & Mazel, PLLC
                                            Attorney for Defendants
                                            World Class Demolition Corporation
                                            And Maurizo Bordone

                                            By:   /s/ Mark L. Hankin
                                                   Mark L. Hankin, Esq. (MLH1824)
                                            7 Penn Plaza, Suite 904
                                            New York, New York 10001