# HANKIN, HANDWERKER & MAZEL, PLLC

ATTORNEYS AT LAW

GEOFFREY R. MAZEL*
MICHAEL HANDWERKER
MARK L. HANKIN*▲

MITCHELL FLACHNER

JACQUELINE B. GAYNER*
DOUGLAS VIVIANI ◁
OF COUNSEL

* ALSO ADMITTED IN NEW JERSEY
▲ ALSO ADMITTED IN FLORIDA
◁ ALSO ADMITTED IN CALIFORNIA

7 Penn Plaza, Suite 904 - New York, NY 10001
(370 Seventh Avenue)
Tel 212-349-1668 • Fax 212-227-7317
REALESTATE@hhmLegal.com

ORIGINAL

[STAMP: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10-29-07]

October 19, 2007

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

Re:   Trustees of the Mason Tenders District Council Welfare Fund, et al. v.
      Metro Demolition Contracting Corp., et al.
      07 Civ. 3608 (VM)

Dear Judge Marrero:                **MEMO ENDORSED**

   This letter is submitted on behalf of the Defendants World Class Demolition Corp. and Maurizio Bordone in the above reference action relative to your recent Order filed October 16, 2007 requiring a response to Plaintiff's First Set of Interrogatories and First Document Request by October 19, 2007.

   That due to a lack of staffing, our clients set forth above have been unable to comply with Plaintiff's demands as of today's date. I was assured by them, that they have been working to obtain the documentation requested and are currently in the process of obtaining said documents. The document demand is stated for a period of two and one half years and I am advised that response is voluminous.

   Accordingly, we respectfully request that the Court extend our clients' time to comply with said demands for an additional two week period up to and including November 2, 2007.

Respectfully,

Mark L. Hankin

cc:   Sally Schneider
      Proskauer Rose LLP
      Attorneys for Plaintiffs

[Handwritten endorsement: Request Granted. The time for defendants to respond to plaintiff's first interrogatories is extended to 11-2-07.]

**SO ORDERED:**

10-25-07
DATE          VICTOR MARRERO, U.S.D.J.