UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUSTEES of the MASON TENDERS
DISTRICT COUNCIL WELFARE FUND, et al.,

                      Plaintiffs,

- against -

METRO DEMOLITION CONTRACTING
CORP., et al.

                      Defendants.
----------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-07

07 Civ. 3608 (VM)

**REVISED CASE
MANAGEMENT PLAN**

**VICTOR MARRERO, U.S.D.J.:**

Pursuant to a joint letter request from the parties, it is hereby ordered that:

1. Fact Discovery: Except for good cause shown, all fact discovery shall be completed by February 20, 2008. Any further extensions will be given only after a showing of good cause that additional time is needed.

2. Expert Discovery: Except for good cause shown, all expert discovery shall be completed by February 27, 2008.

3. Following all discovery, all counsel shall meet to discuss settlement by no later than March 17, 2008.

4. Case Management Conference: The next Case Management conference is scheduled for March 7, 2008 at 2:00 p.m.

**SO ORDERED.**

Dated: New York, New York
       13 November, 2007

                                          Victor Marrero,
                                          United States District Judge