PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS                           :
DISTRICT COUNCIL WELFARE FUND,                          :
PENSION FUND, ANNUITY FUND and                          :   07 Civ. 3608 (VM)
TRAINING PROGRAM FUND,                                  :
                                                        :
            and                                         :
                                                        :
MASON TENDERS DISTRICT COUNCIL OF                       :
GREATER NEW YORK, by its Business Manager               :   **STATEMENT OF DAMAGES**
Robert Bonanza,                                         :
                                                        :
                    Plaintiffs,                         :
                                                        :
        - against -                                     :
                                                        :
METRO DEMOLITION CONTRACTING CORP.,                     :
PHANTOM DEMOLITION CORP., WORLD CLASS                   :
DEMOLITION CORPORATION, VINCENT                         :
BORDONE and MAURIZIO BORDONE,                           :
                                                        :
                    Defendants.                         :
------------------------------------------------------------------X

| | |
|---|---|
| Principal amount of fringe benefit contributions | To be determined by an audit for the period January 1, 2005 to the date of entry of judgment |
| Interest due on delinquent fringe benefit contributions (29 U.S.C. § 1132(g)(2)(B)) | To be determined by an audit for the period January 1, 2005 to the date of entry of judgment |
| Liquidated damages due on fringe benefit contributions (29 U.S.C. § 1132(g)(2)(C)) | To be determined by an audit for the period January 1, 2005 to the date of entry of judgment |

| | |
|---|---|
| Principal amount of dues checkoffs and PAC contributions | To be determined by an audit for the period January 1, 2005 to the date of entry of judgment |
| Interest due on dues checkoffs and PAC contributions (New York C.P.L.R. § 5004) | To be determined by an audit for the period January 1, 2005 to the date of entry of judgment |
| Amount due for prior Judgments #05-2093 and #06-0212 | $ 732,631.15 |
| Costs   (29 U.S.C. § 1132(g)(2)(D)) | $         430.00 |
| Attorneys' fees  (29 U.S.C. §1132(g)(2)(D)) | $    9,771.25 |
| TOTAL AMOUNT SOUGHT ON DEFAULT: | $ 742,832.40 |

Dated: New York, New York
April 24, 2008

PROSKAUER ROSE LLP
Attorneys for Plaintiffs

By: /s/ Sally L. Schneider
    Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

sschneider@proskauer.com