```
CLIENT:  MASON TENDERS FUNDS
MATTER:  METRO DEMOLITION CONTRACTING CORP.
FILE #:  50528.065
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---:|---:|
| 02/21/07 | Telephone conference with Rosenblum re Phantom Demolition working again, trucks, etc. | S SCHNEIDER | .25 | 98.75 |
| 03/08/07 | Review/analyze documents from Union re World Class Demolition & Phantom Demolition | S SCHNEIDER | 1.00 | 395.00 |
| 04/01/07 | Review/analyze transcript of NLRB hearing against Metro Demo, Phantom Demo, Circle, & World Class Demo | S SCHNEIDER | 1.25 | 493.75 |
| 04/02/07 | Review/analyze exhibits admitted during NLRB hearing re Metro Demo/Phantom Demo/Circle/World Class Demo | S SCHNEIDER | .75 | 296.25 |
| 04/27/07 | Begin drafting complaint | S SCHNEIDER | 1.50 | 592.50 |
| 05/02/07 | Continue drafting complaint | S SCHNEIDER | 1.00 | 395.00 |
| 05/02/07 | Review/analyze documents, testimony, etc. re disregard of corporate form by V. Bordone & M. Bordone | S SCHNEIDER | 1.50 | 592.50 |
| 05/03/07 | Continue drafting complaint | S SCHNEIDER | 2.25 | 888.75 |
| 05/04/07 | Review/analyze e-mail from Rosenblum & attached post-hearing brief of NLRB General Council re Metro/Phantom/Circle/World Class | S SCHNEIDER | .75 | 296.25 |
| 05/04/07 | Revise/finalize complaint | S SCHNEIDER | 2.25 | 888.75 |
| 05/04/07 | Prepare summons, civil cover sheet | S SCHNEIDER | .50 | 197.50 |
| 05/04/07 | Prepare Rule 7.1 Disclosure Statement | S SCHNEIDER | .25 | 98.75 |

REDACTED

```
CLIENT:  MASON TENDERS FUNDS
MATTER:  METRO DEMOLITION CONTRACTING CORP.
FILE #:  50528.065
PAGE:    2
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 05/04/07 | Prepare memo to Cooper re filing w/Court w/summons, complaint, Rule 7.1 Disclosure Statement & civil cover sheet | S SCHNEIDER | .25 | 98.75 |
| 05/07/07 | Commenced action and filed complaint and 7.1 statement at Court and entered the information onto the docket. (Mason Tenders v. Metro Demolition) | A HEALY | .75 | 120.00 |
| 05/08/07 | Convert complaint & Rule 7.1 disclosure statement to PDF files & e-mail same to Court per ECF rules | S SCHNEIDER | .25 | 98.75 |
| 05/08/07 | Prepare correspondence to judge/Marrero w/courtesy copies of summons, complaint & Rule 7.1 disclosure statement per judge's rules | S SCHNEIDER | .25 | 98.75 |
| 05/08/07 | Prepare correspondence to process server/Demovsky re service on all defendants w/addresses, etc. & copies of summons, complaint, judge's individual rules, & ECF instructions, guidelines & procedures | S SCHNEIDER | .75 | 296.25 |
| 05/14/07 | Prepare memo to Cooper w/original summons & all affidavits of service & re filing same w/Court manually per ECF rules | S SCHNEIDER | .25 | 98.75 |
| 05/14/07 | Review/analyze all affidavits of service; convert affidavits to PDF files & electronically file all affidavits w/Court per ECF rules | S SCHNEIDER | .50 | 197.50 |

REDACTED

```
CLIENT:   MASON TENDERS FUNDS
MATTER:   METRO DEMOLITION CONTRACTING CORP.
FILE #:   50528.065
PAGE:     3
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 05/14/07 | Filed Summons with affidavits of Service at SDNY for Sally Schneider | R MCLEAN | .50 | 72.50 |
| 07/19/07 | Review/analyze Court's notice of pre-trial conference | S SCHNEIDER | .25 | 98.75 |
| 07/19/07 | Prepare correspondence to defendants Metro, Phantom & v. Bordone and to attorney/Hankin re scheduled pre-trial conference w/copy of Court's Notice & judge's form for case management plan | S SCHNEIDER | .25 | 98.75 |
| 01/28/08 | Begin drafting attorney affidavit in support of default judgment against Metro Demo, Phantom Demo & V. Bordone | S SCHNEIDER | 1.50 | 592.50 |
| 03/13/08 | Revise draft attorney affidavit in support of default judgment against Metro, Phantom & V. Bordone | S SCHNEIDER | 1.25 | 493.75 |
| 03/13/08 | Draft proposed default judgment against Metro, Phantom & V. Bordone | S SCHNEIDER | .75 | 296.25 |
| 03/14/08 | Draft Giammona affidavit in support of default judgment against Metro, Phantom & V. Bordone | S SCHNEIDER | 2.25 | 888.75 |
| 03/14/08 | Draft statement of damages for default judgment against Metro, Phantom & V. Bordone | S SCHNEIDER | .25 | 98.75 |

REDACTED

```
CLIENT:   MASON TENDERS FUNDS
MATTER:   METRO DEMOLITION CONTRACTING CORP.
FILE #:   50528.065
PAGE:     4
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 03/17/08 | Draft clerk's certificate of default re Metro, Phantom & V. Bordone; draft notice of motion for judgment by default; draft certificate of service of motion papers | S SCHNEIDER | 1.25 | 493.75 |
| 04/24/08 | Revise Giammona affidavit in support of default judgment against Metro, Phantom & V. Bordone; e-mail to Giammona w/attached affidavit for execution | S SCHNEIDER | .50 | 197.50 |
| 04/24/08 | Edit/revise attorney affidavit & proposed default judgment against Metro, Phantom & V. Bordone | S SCHNEIDER | .50 | 197.50 |

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| SALLY L. SCHNEIDER | 24.25 | 395.00 | $ 9,578.75 |
| Total for Attorney | 24.25 | | $ 9,578.75 |

| Managing Clerks | | | |
|---|---|---|---|
| ALLEN F. HEALY | .75 | 160.00 | $   120.00 |
| ROGER N. MCLEAN | .50 | 145.00 | $    72.50 |
| Total for Managing Clerks | 1.25 | | $   192.50 |
| MATTER TOTAL: | 25.50 | | $ 9,771.25 |

REDACTED