PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

sschneider@proskauer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS                         :
DISTRICT COUNCIL WELFARE FUND,                        :
PENSION FUND, ANNUITY FUND and                        :    07 Civ. 3608 (VM)
TRAINING PROGRAM FUND,                                :
                                                      :
                and                                   :
                                                      :
MASON TENDERS DISTRICT COUNCIL OF                     :
GREATER NEW YORK, by its Business Manager             :
Robert Bonanza,                                       :    **CLERK'S CERTIFICATE OF**
                                                      :    **DEFAULT OF DEFENDANTS**
                                                      :    **METRO DEMOLITION**
                        Plaintiffs,                   :    **CONTRACTING CORP.,**
                                                      :    **PHANTOM DEMOLITION**
        - against -                                   :    **CORP. and VINCENT**
                                                      :    **BORDONE**
METRO DEMOLITION CONTRACTING CORP.,                   :
PHANTOM DEMOLITION CORP., WORLD CLASS                 :
DEMOLITION CORPORATION, VINCENT                       :
BORDONE and MAURIZIO BORDONE,                         :
                                                      :
                        Defendants.                   :
------------------------------------------------------------------------X

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that the summons and complaint were filed on May 7, 2007, that defendant Metro Demolition Contracting Corp. was served by Deborah LaPointe with true copies of the summons and complaint on May 10, 2007, by service on Donna Christie, that defendant Phantom Demolition Corp. was served by Deborah LaPointe with true copies of the summons and complaint on May 10, 2007, by service on Donna Christie, that defendant Vincent Bordone was served by Nelson

Carvajal with true copies of the summons and complaint on May 9, 2007, by service on Joseph Kunzennan, receptionist at said defendant's actual place of business, and mailing true copies thereof on May 10, 2007 to said defendant at his actual place of business, and that proofs of service were filed with the Court on May 14, 2007.

I further certify that the docket entries indicate that defendants Metro Demolition Contracting Corp., Phantom Demolition Corp. and Vincent Bordone have not filed an answer, appearance or otherwise moved with respect to the complaint and such defendants' time to respond has expired. The default of defendants Metro Demolition Contracting Corp., Phantom Demolition Corp. and Vincent Bordone is hereby noted.

Dated: New York, New York
      April 24, 2008

                                                J. Michael McMahon
                                                CLERK