PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | | |
|---|---|---|
| TRUSTEES of the MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND and TRAINING PROGRAM FUND, | : : : : : | 07 Civ. 3608 (VM) |
| and | : : | |
| MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, by its Business Manager Robert Bonanza, | : : : : | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | : : | |
| - against - | : : : | |
| METRO DEMOLITION CONTRACTING CORP., PHANTOM DEMOLITION CORP., WORLD CLASS DEMOLITION CORPORATION, VINCENT BORDONE and MAURIZIO BORDONE, | : : : : : : | |
| Defendants. | : | |

------------------------------------------------------------------------X

      The undersigned, an attorney duly admitted to practice before the courts of the State of New York and before this Court, hereby certifies that true and correct copies of the Notice of Motion for Judgment by Default Against Defendants Metro Demolition Contracting Corp., Phantom Demolition Corp. and Vincent Bordone, dated April 25, 2008, together with the supporting Affidavits of Sally L. Schneider and Dominick Giammona, and all of the exhibits attached to said affidavits, and the Clerk's Certificate of Default, were served upon defendants Defendants Metro Demolition Contracting Corp. and Phantom Demolition Corp. at 5514 Grand Avenue, Maspeth, New York  11378, and upon

defendant Vincent Bordone at 30 Whitney Circle, Glen Cove, New York 11542, by first class mail, postage prepaid, on April 25, 2008.

Dated: New York, New York
April 25, 2008

                                                  /s/  Sally L. Schneider
                                                  Sally L. Schneider, Esq.