# HANKIN, HANDWERKER & MAZEL, PLLC

ATTORNEYS AT LAW

7 Penn Plaza, Suite # 904
(370 Seventh Avenue)
New York, NY 10001
Tel 212-349-1668
Fax 212-227-7317
realestate@hhmLegal.com

**MARK L. HANKIN**

Direct: (212) 349-1668 Ext. 103
Email: mhankin@hhmLegal.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

May 15, 2008

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> Re: Trustees of the Mason Tenders District Council Welfare Fund,
> *et al.* V. Metro Demolition Contracting Corp., et al.
> 07 Civ. 3608 (VM)
> Our File No.: 19176

Dear Judge Marrero:

This letter is submitted on behalf of the defendants World Class Demolition Corp., and Maurizio Bordone relative to the scheduled conference of May 16, 2008 at 10:45 a.m.

Unfortunately, I will be attending a court ordered deposition in the matter of Russo Construction v. Oliveri (Sup. Ct. Queens Co.). I apologize for the discrepancy that occurred in calendaring both matters. Moreover, the parties have not resolved all of the issues required for settlement.

Accordingly, I am requesting that the conference in this matter be adjourned to June 6, 2008 at 10:45 a.m. or such other date as the court may deem necessary. I have contacted my adversary and advised her by phone that I would be making this application for adjournment. I have not received a response as of this writing.

Respectfully,

Mark L. Hankin

MLH/A
cc: Sally L. Schneider, Esq.
     Fax No. (212) 969 2900

Request GRANTED. The next status conference herein is rescheduled to 6-13-08 at 9:15 a.m.

SO ORDERED.

5-15-08
DATE                    VICTOR MARRERO, U.S.D.J.