UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=============================X
Trustees of the Mason Tenders District Council
Welfare Fund, et al.

                           (Plaintiff)

                                                             <u>NOTICE OF APPEARANCE</u>

      -against-

                                                               <u>Case No.: 07-CV-03608</u>

Metro Demolition Contracting Corp., Phantom
Demolition Corp., World Class Demolition Corp.,
Vincent Bordone and Maurizio Bordone.
                          (Defendants)
=============================X

**PLEASE TAKE NOTICE** that the Defendants **World Class Demolition Corp., and Maurizio Bordone** hereby appear in the above-captioned matter and are represented by **MARK HANKIN, ESQ.**

Dated:    New York, NY
            June 6, 2008

                                         Yours Etc,

                                          MARK HANKIN, ESQ.
                                          HANKIN, HANDWERKER & MAZEL, PLLC.
                                          7 PENN PLAZA, SUITE 904
                                          New York, NY 10001
                                          (212) 349-1668
                                          (212) 227-7317 (fax)