UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=================================X
Trustees of the Mason Tenders District Council
Welfare Fund, et al.

                     (Plaintiff)

                                                                <u>NOTICE OF</u>
                                                               <u>APPEARANCE</u>

          -against-

                                                                <u>Case No.: 07-CV-03608</u>


Metro Demolition Contracting Corp., Phantom
Demolition Corp.,World Class Demolition Corp.,
 Vincent Bordone and Maurizio Bordone.
                             (Defendants)
=================================X

**PLEASE TAKE NOTICE** that the Defendants **World Class Demolition Corp., and Maurizio Bordone** hereby appear in the above-captioned matter and are represented by **MARK HANKIN, ESQ.**


Dated:     New York, NY
               June 6, 2008

                                        Yours Etc,

                                        MARK HANKIN,ESQ.
                                        HANKIN, HANDWERKER & MAZEL,PLLC.
                                        7 PENN PLAZA, SUITE 904
                                        New York, NY   10001
                                        (212) 349-1668
                                        (212) 227-7317 (fax)